COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:     01-21-00545-CR

Trial Court Cause
Number:     250807

Style:     Martin Felts v. The State of Texas


Date motion filed[*]:     9/26/2022

Type of motion:     Unopposed Motion to Consider County Court Briefs

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    The Court will consider materials, including briefs, that are included in the Clerk's Record.


Judge's signature: /s/ Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court

Date: September 29, 2022